**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DARYL LEON PUGH, SR., individually and as successor in interest to Decedent DARYL LEON PUGH, JR.; Plaintiff,<br><br>vs.<br><br>COUNTY OF SOLANO, a public entity; County of Solano Sheriff THOMAS A. FERRARA; and DOES 1–50, jointly and severally,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SUCCESSOR IN INTEREST** |

STATE OF CALIFORNIA )
COUNTY OF ALAMEDA )

I, DARYL LEON PUGH, SR., attest and declare as follows:

1. I am the father of Daryl Leon Pugh, Jr. ("Decedent"), who died on March 26, 2022, in the City of Fairfiled, County of Solano, California.
2. No proceeding is now pending in California for administration of Decedent's estate.
3. I am Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure). I succeed to Daryl Leon Pugh, Jr.'s interest in this action.
4. No other person has a superior right to commence the action or proceeding or to be substituted for Decedent in the pending action.
5. A copy of Decedent's death certificate is attached to this declaration as Exhibit A.
6. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct.

Dated: July 24, 2023

By: [signature]
DARYL LEON PUGH, SR.

# EXHIBIT A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SOLANO

HEALTH AND SOCIAL SERVICES DEPARTMENT

## CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052022096092
LOCAL REGISTRATION NUMBER: 3202248001277

### DECEDENT'S PERSONAL DATA

| | | |
|---|---|---|
| 1. NAME OF DECEDENT- FIRST (Given): DARYL | 2. MIDDLE: LEON | 3. LAST (Family): PUGH |
| AKA, ALSO KNOWN AS - Include full AKA (FIRST, MIDDLE, LAST): DARYL LEON PUGH JR. | 4. DATE OF BIRTH mm/dd/ccyy: 08/24/1981 | 5. AGE Yrs.: 40 / IF UNDER ONE YEAR Months / Days / IF UNDER 24 HOURS Hours / Minutes / 6. SEX: M |
| 9. BIRTH STATE/FOREIGN COUNTRY: CA | 10. SOCIAL SECURITY NUMBER: 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 | 11. EVER IN U.S. ARMED FORCES? YES [X] NO UNK |
| 12. MARITAL STATUS/SRDP* (at Time of Death): NEVER MARRIED | 7. DATE OF DEATH mm/dd/ccyy: 03/26/2022 | 8. HOUR (24 Hours): 2207 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back): 12 ND | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) YES [X] NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): AFRICAN AMERICAN |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: CIRCULATOR | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): PETION SIGNING | 19. YEARS IN OCCUPATION: 10 |

### USUAL RESIDENCE

| | | |
|---|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location): 1960 GRANDE CIRCLE | | |
| 21. CITY: FAIRFIELD | 22. COUNTY/PROVINCE: SOLANO | 23. ZIP CODE: 94533 / 24. YEARS IN COUNTY: 40 / 25. STATE/FOREIGN COUNTRY: CA |

### INFORMANT

| | |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP: DARYL LEON PUGH SR, FATHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 666 17TH STREET #2, OAKLAND, CA 94612 |

### SPOUSE/SRDP AND PARENT INFORMATION

| | | | |
|---|---|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP*-FIRST: - | 29. MIDDLE: - | 30. LAST (BIRTH NAME): - | |
| 31. NAME OF FATHER/PARENT-FIRST: DARYL | 32. MIDDLE: LEON | 33. LAST: PUGH, SR | 34. BIRTH STATE: CA |
| 35. NAME OF MOTHER/PARENT-FIRST: MARILYN | 36. MIDDLE: - | 37. LAST (BIRTH NAME): JONES | 38. BIRTH STATE: CA |

### FUNERAL DIRECTOR/LOCAL REGISTRAR

| | | |
|---|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy: 04/28/2022 | 40. PLACE OF FINAL DISPOSITION: RESIDENCE OF DARYL PUGH SR. 666 17TH STREET #2, OAKLAND, CA 94612 | |
| 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE | 42. SIGNATURE OF EMBALMER: NOT EMBALMED | 43. LICENSE NUMBER: - |
| 44. NAME OF FUNERAL ESTABLISHMENT: FAIRFIELD FUNERAL HOME | 45. LICENSE NUMBER: FD1089 / 46. SIGNATURE OF LOCAL REGISTRAR: BELA MATYAS MD, MPH | 47. DATE mm/dd/ccyy: 04/21/2022 |

### PLACE OF DEATH

| | | |
|---|---|---|
| 101. PLACE OF DEATH: JUSTICE CENTER DETENTION FACILITY- SOLANO COUNTY | 102. IF HOSPITAL, SPECIFY ONE: IP / ER/OP / DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Hospice / Nursing Home/LTC / Decedent's Home / [X] Other |
| 104. COUNTY: SOLANO | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 500 UNION AVE | 106. CITY: FAIRFIELD |

### CAUSE OF DEATH

107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE

| | Cause | Time Interval Between Onset and Death | |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) PENDING | (AT) -- | 108. DEATH REPORTED TO CORONER? [X] YES NO; REFERRAL NUMBER: C22-073 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | (BT) | 109. BIOPSY PERFORMED? YES [X] NO |
| | (C) | (CT) | 110. AUTOPSY PERFORMED? [X] YES NO |
| | (D) | (DT) | 111. USED IN DETERMINING CAUSE? [X] YES NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: -

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO

113A. IF FEMALE, PREGNANT IN LAST YEAR? YES [X] NO UNK

### PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy

115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

### CORONER'S USE ONLY

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: Natural / Accident / Homicide / Suicide / [X] Pending Investigation / Could not be determined

120. INJURED AT WORK? YES / NO / UNK
121. INJURY DATE mm/dd/ccyy
122. HOUR (24 Hours)
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)
125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| | | |
|---|---|---|
| 126. SIGNATURE OF CORONER / DEPUTY CORONER: COREY A. MCLEAN | 127. DATE mm/dd/ccyy: 04/12/2022 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: COREY A. MCLEAN, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CASOLANO01

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SOLANO

000568428

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Solano County Health and Social Services Department, Public Health Division.

By [signature], Deputy. DATE ISSUED APR 27 2022

[signature]
BELA MATYAS, MD, MPH
HEALTH OFFICER AND LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border displaying the seal, date of issuance and the original signature of the Deputy.

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

SOLANO COUNTY

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE