T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

Sanjay S. Schmidt (SBN 247475)
Alex Feigen Fasteau (SBN 213044)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com
aff@sanjayschmidtlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON PUGH, SR., et al; | Case No. 3:23-cv-03677-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR UPDATED SCHEDULING ORDER** |
| v. | |
| WELLPATH, LLC, et al; | |
| Defendants. | |

STIP. & [PROP.] ORDER FOR UPDATED SCHED. ORDER
*Daryl Pugh, et al. v. Wellpath LLC, et al.*
Case No. 3:23-cv-03677-CRB

All Parties, through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

**RECITALS**

When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This is the Parties' third request for an extension of time of the Pretrial Scheduling Order, and it is precipitated by the bankruptcy of Defendant Wellpath, LLC, which paused this case for an extended period. That bankruptcy stay forestalled depositions from proceeding until the stay was lifted such that Wellpath Defendants could participate.

On November 13, 2024, Defendants Wellpath, LLC; Dinesh Nagar, MD; Don Purcell, MD; John Maike, MFT; and Jordan Alarcon, RN filed a Suggestion of Bankruptcy and Notice of Stay, ECF No. 40. Defendant Wellpath, LLC, emerged from chapter 11 bankruptcy by filing its *Notice of Effective Date*. Case No. 24-90533-(ARP), ECF No. 2680. As a result of the bankruptcy case, Plaintiff learned that California Forensic Medical Group (CFMG), Inc. had not been absorbed into Wellpath, LLC as Plaintiff's counsel previously understood, but has continued to operate as a professional corporation that is not a "debtor" subject to Defendant Wellpath, LLC's bankruptcy. Plaintiff is therefore seeking leave by stipulation to file an amended complaint that: (1) joins CFMG as a required party, Fed. R. Civ. P. 19, substituting CFMG for a DOE Defendant; and (2) adds the Liquidating Trust as a nominal party, pursuant to 28 U.S.C. § 157(b)(5)[1]. A stipulation and a proposed redlined amended complaint effectuating

---

[1] "The district court shall order that personal injury tort and wrongful death claims shall be tried in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending." 28 U.S.C. § 157(b)(5)

STIP. & [PROP.] ORDER FOR UPDATED SCHED. ORDER                                    1
*Daryl Pugh, et al. v. Wellpath LLC, et al.*
Case No. 3:23-cv-03677-CRB

this has been circulated.

Once CFMG is added as a party, it will take some additional time to conduct discovery as to CFMG, since Wellpath, LLC is no longer a party.

The deposition of Defendant Valdez was previously scheduled for June 12, 2026, but will be continued at the request of counsel for the County due to a scheduling conflict. Plaintiff is also in the process of scheduling the deposition of Defendant Nagar on a date that aligns with the busy schedules of deponent and all counsel. Counsel for Plaintiff and Defendant Nagar will continue to meet and confer to calendar this deposition.

These requested extensions of time are based on the number of anticipated depositions in this complex, in-custody death action and the desire to accommodate the schedules of the deponents and counsel for all Parties.

## **STIPULATION**

After meeting and conferring, the Parties, through their undersigned counsel, respectfully propose the following amended case schedule:

| Matter | Prior Date/Deadline (ECF No. 47) | Proposed New Date/Deadline |
|---|---|---|
| Non-expert discovery cutoff | 07/03/2026 | 02/05/2027 |
| Expert disclosures | 08/07/2026 | 03/05/2027 |
| Rebuttal Expert disclosures | 09/04/2026 | 04/02/2027 |
| Expert discovery cutoff | 10/02/2026 | 05/07/2027 |
| Last day to file all motions | 10/30/2026 | 06/04/2027 |
| Hearing on dispositive motions (Fridays, at 10:00 a.m.) | 12/11/2026 | 07/09/2027 |
| Settlement Conference | Previously TBD per ECF No. 51 | TBD |
| Pretrial Conference | Previously TBD per ECF No. 34 | TBD |
| Trial | Previously TBD per ECF No. 34 | TBD |

STIP. & [PROP.] ORDER FOR UPDATED SCHED. ORDER
*Daryl Pugh, et al. v. Wellpath LLC, et al.*
Case No. 3:23-cv-03677-CRB

2

Respectfully Submitted,

Dated: June 17, 2026                    **HELM LAW OFFICE, PC**
                                        **LAW OFFICE OF SANJAY S. SCHMIDT**


                                        */s/ Alex Feigen Fasteau*
                                        ALEX FEIGEN FASTEAU
                                        Attorneys for Plaintiff


Dated: June 17, 2026                    **HAWKINS PARNELL & YOUNG LLP**


                                        */s/ Danielle K. Lewis*\*
                                        DANIELLE K. LEWIS
                                        Attorneys for County Defendants


Dated: June 17, 2026                    **MEDICAL DEFENSE LAW GROUP**


                                        */s/ Paul A. Cardinale*\*
                                        PAUL A. CARDINALE
                                        Attorneys for Wellpath Defendants


*Ms. Lewis and Mr. Cardinale each consented to the filing of this document via CM-ECF.

STIP. & [PROP.] ORDER FOR UPDATED SCHED. ORDER                                    3
*Daryl Pugh, et al. v. Wellpath LLC, et al.*
Case No. 3:23-cv-03677-CRB

**[~~PROPOSED~~] ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, issues the following updated scheduling order:

| Matter | Prior Date/Deadline (ECF No. 47) | Proposed New Date/Deadline |
|---|---|---|
| Non-expert discovery cutoff | 07/03/2026 | 02/05/2027 |
| Expert disclosures | 08/07/2026 | 03/05/2027 |
| Rebuttal Expert disclosures | 09/04/2026 | 04/02/2027 |
| Expert discovery cutoff | 10/02/2026 | 05/07/2027 |
| Last day to file all motions | 10/30/2026 | 06/04/2027 |
| Hearing on dispositive motions (Fridays, at 10:00 a.m.) | 12/11/2026 | 07/09/2027 |
| Settlement Conference | Previously TBD per ECF No. 51 | TBD |
| Pretrial Conference | Previously TBD per ECF No. 34 | TBD |
| Trial | Previously TBD per ECF No. 34 | TBD |

IT IS SO ORDERED.

Dated:  __June 18__ , 2026

_____
HON. CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

STIP. & [~~PROP.~~] ORDER FOR UPDATED SCHED. ORDER                    4
*Daryl Pugh, et al. v. Wellpath LLC, et al.*
Case No. 3:23-cv-03677-CRB