**Sanjay S. Schmidt (SBN 247475)**
**Alex Feigen Fasteau (SBN 213044)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
E: ss@sanjayschmidtlaw.com
E; feigen.fasteau@gmail.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
E: kennedy@helmlawoffice.com

*Attorneys for Plaintiff*,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON PUGH, SR., individually and as successor in interest to Decedent Daryl Leon Pugh, Jr.;<br><br>Plaintiff,<br><br>vs.<br><br>WELLPATH, LLC, a Delaware corporation; DINESH NAGAR, MD, individually; DON PURCELL, MD, individually; JOHN MAIKE, MFT, individually; JORDAN ALARCON, RN, individually; COUNTY OF SOLANO, a public entity; County of Solano Sheriff THOMAS A. FERRARA, individually; JOSHUA ESQUIBEL, Solano County Sheriff's Sergeant, individually; RAYMOND JOHNSON, Solano County Correctional Officer, individually; RICKY PEREZ, Solano County Correctional Officer, individually; ROBERTO VALDEZ, Solano County Correctional Officer, individually; and DOES 5–50, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-03677-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR THE FILING BY PLAINTIFF OF A SECOND AMENDED COMPLAINT SUBSTITUTING IN THE WELLPATH LIQUIDATING TRUST FOR WELLPATH, LLC AND SUBSTITUTING IN CALIFORNIA FORENSIC MEDICAL GROUP, INC. FOR ONE PREVIOUSLY NAMED DOE DEFENDANT** |

*Daryl l. Pugh, Sr. et al. v. Wellpath, LLC, et al.*
Stipulation and [~~Proposed~~] Order for the Filing of a Second Amended Complaint
Case No. 3:23-cv-03677-CRB

1

Plaintiff and Defendants ("the Parties"), by and through their undersigned counsel of record, respectfully stipulate as follows:

**RECITALS**

**A.** Through the bankruptcy proceedings of Defendant Wellpath, LLC, a Liquidating Trust assumed the liability of Defendant Wellpath, LLC for wrongful death claims such as this, which arose before November 11, 2024, the date on which Defendant Wellpath, LLC filed for bankruptcy. *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Case No. 24-90533, ECF No. 2596, Articles IV.N., VII]; *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar Date* [Case No. 24-90533, ECF No. 2680, 2-3]; *Revised and Amended Clarifying Order Enforcing (A) The First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates, and (B) The Trust Distribution Procedures* [Case No. 24-90566, ECF 1279, 1-2].

**B.** Information that came to light after the bankruptcy proceedings of Defendant Wellpath, LLC, indicates there is an additional party, California Forensic Medical Group, Inc. ("CFMG"), which is a required party under Federal Rule of Civil Procedure 19(a), who needs to be substituted in for DOE Defendant 5. CFMG is an entity that is separate and distinct from Defendant WELLPATH, LLC.

**C.** Defendants consent to the filing by Plaintiffs of a Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

**STIPULATION**

**WHEREFORE,** the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiff may file a Second Amended Complaint, which substitutes in the Wellpath Liquidating Trust for Wellpath, LLC, and California Forensic Medical Group, Inc., for DOE Defendant 5. Pursuant to the Court's Standing Order, a redlined version of the Second Amended Complaint is attached as **Exhibit 1.**

*Daryl l. Pugh, Sr. et al. v. Wellpath, LLC, et al.*
Stipulation and [Proposed] Order for the Filing of a Second Amended Complaint
Case No. 3:23-cv-03677-CRB
2

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated: June 26, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiff

Dated: June 26, 2026

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Danielle K. Lewis* *
By: DANIELLE K. LEWIS
Attorneys for County of Solano Defendants

Dated: June 5, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Paul A. Cardinale* *
By: PAUL A. CARDINALE
Attorneys for Wellpath Defendants

*Ms. Lewis and Mr. Cardinale consented to the filing of this document via CM-ECF.

*Daryl l. Pugh, Sr. et al. v. Wellpath, LLC, et al.*
Stipulation and [Proposed] Order for the Filing of a Second Amended Complaint
Case No. 3:23-cv-03677-CRB
3

**[PROPOSED] ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing therefor, the Parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file the proposed Second Amended Complaint, which substitutes in Wellpath Liquidating Trust for Wellpath, LLC, and California Forensic Medical Group, Inc., for DOE Defendant 5, and is attached to the Parties' stipulation as **Exhibit 1.**

**IT IS SO ORDERED.**

Dated: _____June 29_____, 2026      By:_____

HON. CHARLES R. BREYER
SENIOR U.S. DISTRICT JUDGE

*Daryl l. Pugh, Sr. et al. v. Wellpath, LLC, et al.*
Stipulation and [Proposed] Order for the Filing of a Second Amended Complaint
Case No. 3:23-cv-03677-CRB

4