Paul A. Cardinale, State Bar No. 215812
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
Email: paul.cardinale@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DINESH NAGAR, M.D.; DON PURCELL, M.D.; JOHN MAIKE, M.F.T. and JORDAN ALARCON, R.N.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DARYL LEON PUGH, SR., individually and as successor in interest to Decedent Daryl Leon Pugh, Jr,.

Plaintiff,

v.

CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH LIQUIDATING TRUST, a nominal Defendant; DINESH NAGAR, MD, individually; DON PURCELL, MD, individually; JOHN MAIKE, MFT, individually; JORDAN ALARCON, RN, individually; COUNTY OF SOLANO, a public entity; County of Solano Sheriff THOMAS A. FERRARA, individually; JOSHUA ESQUIBEL, Solano County Sheriff's Sergeant, individually; RAYMOND JOHNSON, Solano County Correctional Officer, individually; RICKY PEREZ, Solano County Correctional Officer, individually; ROBERTO VALDEZ, Solano County Correctional Officer, individually; and DOES 6–50, jointly and severally,

Defendants.

CASE NO.: 3:23-cv-03677-CRB

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., DINESH NAGAR, M.D., DON PURCELL, M.D., JOHN MAIKE, M.F.T. AND JORDAN ALARCON, R.N.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [66] AND DEFENDANTS' REPLY THERETO; and ~~PROPOSED~~ ORDER**

Date: October 23, 2026
Time: 10:00 a.m.
Ctrm.: 6, 17th Floor

Complaint Filed: July 25, 2023
1st Am. Comp. Filed: October 25, 2024
2nd Am. Comp. Filed: July 13, 2026
Trial Date: Not Set

Plaintiff DARYL LEON PUGH, SR. ("Plaintiff") and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"); DINESH NAGAR, M.D.; DON PURCELL, M.D.; JOHN

MAIKE, M.F.T. and JORDAN ALARCON, R.N. (collectively "CFMG Defendants") hereby stipulate, through their respective counsel of record, to the following:

1. Pursuant to Local Rule 6-2(a), Plaintiff and CFMG Defendants hereby stipulate to an extension of time within which the Plaintiff shall file a responsive pleading to CFMG Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and CFMG Defendants' Reply in support of Motion to Dismiss Plaintiff's Second Amended Complaint.
2. The responsive pleading on behalf of the Plaintiff due on August 31, 2026 is now due on September 30, 2026.
3. The reply pleading on behalf of the CFMG Defendants due on September 8, 2026 is now due on October 7, 2026.
4. No prior extensions of time have been sought.

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2(a), that that the deadline for the Plaintiff to respond to CFMG Defendants' Motion to Dismiss shall be September 30, 2026. The deadline for the CFMG Defendants' Reply to Motion to Dismiss shall be October 7, 2026.

Dated: August 28, 2026

**HELM LAW OFFICE, PC**

By: *Is/ T. Kennedy Helm, IV*
T. Kennedy Helm, IV, Esq.
Attorney for Plaintiff

Dated: August 28, 2026

**MEDICAL DEFENSE LAW GROUP**

By: */s/ Paul A. Cardinale*
Paul A. Cardinale, Esq.
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DINESH NAGAR, M.D.; DON PURCELL, M.D.; JOHN MAIKE, M.F.T. and JORDAN ALARCON, R.N.

## ATTORNEY ATTESTATION

I hereby attest that I have authorization from the above-named counsel to e-file this Stipulation and this authority is reflected by the conformed signature ("/s/") within this e-filed document.

Dated: August 28, 2026 *_/s/ Paul A. Cardinale_*

## ~~[PROPOSED]~~ ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, the following updated deadline for the Plaintiff to respond to Defendants' Motion to Dismiss shall be September 30, 2026. The deadline for the CFMG Defendants' Reply to Motion to Dismiss shall be October 7, 2026.

**IT IS SO ORDERED.**

Dated: September 1, 2026

HON. CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE